IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11492
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR JAVIER SOLIZ, also known as El Artista,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-409-P-17
--------------------

September 13, 1999

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for Cesar Soliz, has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Soliz has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.